6854. STATE LIFE INSURANCE COMPANY OF INDIANAPOLIS *v.* TYLER, administrator.

WADE, C. J. Under the answers of the Supreme Court to the several questions certified to that court in this case, the judge of the trial court erred in directing a verdict for the plaintiff. *State Life Insurance Co.* v. *Tyler,* 147 *Ga.* 287 (93 S. E. 415). See also *Dunn* v. *Columbian Ins. Co.,* 18 *Ga. App.* 383, 384 (89 S. E. 432). It is unnecessary to pass upon the remaining assignments in the bill of exceptions. *Judgment reversed. Jenkins and Luke, JJ., concur.*

DECIDED OCTOBER 31, 1917.

Action upon insurance policy; from city court of Waycross— Judge McDonald. June 24, 1915.

*Parker & Walker, Charles F. Coffin, H. S. McMichael,* for plaintiff in error. *Philip Newbern, Wilson & Bennett,* contra.

---

8342. ATLANTIC COAST LINE RAILROAD COMPANY *v.* PAULSEN.

LUKE, J. The petition was not subject to the general demurrer. *Savannah Electric Co.* v. *Fosterling,* 16 *Ga. App.* 196 (84 S. E. 976), and cases there cited.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*

DECIDED OCTOBER 31, 1917.

Action for damages; from city court of Savannah—Judge Davis Freeman. December 18, 1916.

*Osborne, Lawrence & Abrahams, Shelby Myrick,* for plaintiff in error. *Oliver & Oliver,* contra.